**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PETER JAMES LENZ,

                         Plaintiff,                         20 **CIVIL** 9429 (KMK)

       -against-                                     **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order Adopting Report & Recommendation dated August 31, 2022, the Report and Recommendation, dated July 19 2022, is ADOPTED in its entirety; Plaintiff's Motion for Judgment on the Pleadings is granted; Defendant's Cross Motion for Judgment on the Pleadings is denied; judgment is entered in favor of Plaintiff and this matter is remanded to the Commissioner for further administrative proceedings; accordingly, the case is closed.

**Dated:**  New York, New York
        September 1, 2022

                                                                   **RUBY J. KRAJICK**

                                                                     **Clerk of Court**
                                       **BY:**     *J. Saviñon*

                                                                      **Deputy Clerk**